**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

CARLITA BLANCO,

                      Plaintiff,

    -against-                              25 **CIVIL** 6357 (LLS)

                                                    **JUDGMENT**

AMAZING GREAT BEAUTY OF SCIENCE;
INTERNAL REVENUE (IRS); THE NATIONAL
SCIENCE FOUNDATION,

                    Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2025, the Court dismisses this action as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

**Dated:** New York, New York

       September 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**
                                                        **Deputy Clerk**